No. 136. L. D. FAIN *v.* SAME. October 14, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John B. King* for petitioners. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for respondent.

No. 138. DEVEREAUX *v.* BELSEY. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph G. M. Browne* for petitioner. No appearance for respondent.

No. 139. BRADBURY *v.* AYCOCK, RECEIVER. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Warren K. Snyder* for petitioner. No appearance for respondent.

No. 142. DORSEY CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Eugene P. Locke* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 143. JONES ET AL. *v.* GERMANTOWN TRUST CO., ADMINISTRATOR. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Charlotte F. Jones* for petitioners. *Mr. Wm. Clarke Mason* for respondent.